DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES WILLIAM HANSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-1654

_____

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.